July 31, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

PATRICIA VICKERY, Appellant

NO. 14-11-00812-CV                              V.

MARSHALL GORDON AND CLARDY, DAVIS & KNOWLES, LLP, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Marshall Gordon and Clardy, Davis & Knowles, LLP, signed, August 8, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We **DENY** appellees' motion to dismiss and order the judgment of the court below **AFFIRMED**.

We order appellant, Patricia Vickery, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.